

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00204-CV

PHONG TRINH, Appellant

V.

FATHA ELMI AND MED SOLUTIONS PHARMACY, INC., Appellees

Appeal from the 269th District Court of Harris County. (Tr. Ct. No. 2011-16459).

**TO THE 269TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This Court today considered a motion for rehearing filed by appellant, Phong Trinh. We order that the motion be granted and that this court's former judgment of May 28, 2015, be vacated, set aside, and annulled. We further order this Court's opinion of May 28, 2015, withdrawn.

> This case is an appeal from the final judgment signed by the trial court on February 7, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for a new trial.

The Court **orders** that the appellees, Fatha Elmi and Med Solutions Pharmacy, Inc., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 24, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

